# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**E.S.,** a minor, by and through his natural mother and next of friend,
**NEWASANN SUTHERLAND,**
Appellant,

v.

## ROSS DRESS FOR LESS, INC.,
Appellee.

No. 4D22-1563

[April 6, 2023]

Appeal from the Circuit Court of the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE19016143

Newasann Sutherland, Fort Lauderdale, pro se.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***